AFRICAN METALS CORPORATION et al., Appellants, *v.* RALPH J. M. BULLOWA et al., Respondents, Impleaded with Others.

Submitted May 25, 1942; decided June 4, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 78.)

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Appellant, *v.* METROPOLITAN JOCKEY CLUB et al., Respondents.

Submitted May 25, 1942; decided June 4, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 533.)